# *Thomas J. Gaffney*
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

1109105 3
#.23
12/8/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY         December 8, 2010
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: <u>IBOWICZ, JOLEEN J.</u>                    /Case # <u>07-02655CLB</u>
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $.23  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

<u>Claimant: Citizens Bank</u>         Amount $.23         <u>Claims Register #9</u>

THOMAS J. GAFFNEY
Trustee

