# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102


receipt
# 1109103
$4,979.31

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: JOLEEN J. IBOWICZ /Case # 07-02655
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4,979.31. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Bank of America          Amount $  4,979.31  Claim Register #  14

_____
Trustee

FILED
DEC 16 2010
BANKRUPTCY COURT
BUFFALO, N.Y.